■ TERRENCE W. KELLEY, Appellant, v JUDITH A. CRANDALL, Respondent.—Judgment unanimously affirmed, with costs, on the opinion at Special Term, King, J. (Appeal from judgment of Erie Supreme Court—summary judgment.) Present—Moule, J. P., Cardamone, Dillon, Goldman and Witmer, JJ.